IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GREEN PLAINS TRADE GROUP LLC,<br>GREEN PLAINS INC.,<br>GREEN PLAINS WOOD RIVER LLC,<br>GREEN PLAINS ORD LLC,<br>GREEN PLAINS ATKINSON LLC,<br>GREEN PLAINS CENTRAL CITY LLC,<br>GREEN PLAINS YORK LLC,<br>GREEN PLAINS SHENANDOAH LLC,<br>GREEN PLAINS OTTER TAIL LLC,<br>GREEN PLAINS FAIRMONT LLC,<br>GREEN PLAINS HEREFORD LLC,<br>GREEN PLAINS MOUNT VERNON LLC,<br>GREEN PLAINS MADISON LLC,<br>GREEN PLAINS HOPEWELL LLC,<br>GREEN PLAINS SUPERIOR LLC,<br>GREEN PLAINS OBION LLC,<br>GREEN PLAINS BLUFFTON LLC,<br><br>    Plaintiffs<br><br>  v.<br><br>ARCHER DANIELS MIDLAND COMPANY,<br><br>    Defendant. | Case No. 8:21-cv-00418-JFB-MDN |

**ADM'S MOTION TO TRANSFER VENUE OF PLAINTIFFS'
COMPLAINT UNDER 28 U.S.C. § 1404(a)**

Pursuant to 28 U.S.C. § 1404(a), Defendant Archer Daniels Midland Company ("ADM") moves to transfer Plaintiffs Green Plains Trade Group LLC, Green Plains Inc., Green Plains Wood River LLC, Green Plains ORD LLC, Green Plains Atkinson LLC, Green Plains Central City LLC, Green Plains York LLC, Green Plains Shenandoah LLC, Green Plains Otter Tail LLC, Green Plains Fairmont LLC, Green Plains Hereford LLC, Green Plains Mount Vernon LLC, Green Plains Madison LLC, Green Plains Hopewell LLC, Green Plains Superior LLC, Green Plains Obion LLC, and Green Plains Bluffton LLC's (collectively "Green Plains") Complaint to the Central District

of Illinois. As explained in detail in the accompanying brief in support, this case should be transferred to the Central District of Illinois because it is a proper venue and has personal jurisdiction over ADM. Moreover, the interests of justice and the convenience of the parties and witnesses favor transfer. The first-to-file rule also supports transfer for the reasons stated in the brief.

Wherefore, Defendant respectfully requests that this Court transfer this case to the Central District of Illinois. If this Court declines to transfer, ADM respectfully urges this Court to dismiss this case with prejudice for the reasons stated in ADM's motion to dismiss.

Dated: December 21, 2021

Respectfully Submitted,

ARCHER DANIELS MIDLAND COMPANY

*/s/ John P. Passarelli*
John P. Passarelli, #16108
Maggie L. Ebert, #24394
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Fax: (402) 346-1148
john.passarelli@kutakrock.com
maggie.ebert@kutakrock.com

Stephen V. D'Amore
Scott P. Glauberman
Samantha M. Lerner
Reid F. Smith
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
sdamore@winston.com
sglauberman@winston.com
slerner@winston.com
rfsmith@winston.com
T: (312) 558-5600
F: (312) 558-5700

*Counsel for Defendant*
*Archer Daniels Midland Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2021, I electronically field the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

David A. Domina
DOMINA LAW GROUP PC LLO
2425 South 144th Street
Omaha, Nebraska 68144
Tel.: (402) 493-4100
ddomina@dominalaw.com

Greg G. Gutzler
DICELLO LEVITT GUTZLER LLC
444 Madison Avenue, Fourth Floor
New York, New York 11022
Tel.: (646) 933-1000
ggutzler@dicellolevitt.com

Adam J. Levitt
John E. Tangren
Mark S. Hamill
DICELLO LEVITT GUTZLER LLC
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
mhamill@dicellolevitt.com

*/s/ John P. Passarelli*
John P. Passarelli