# U.S. District Court
## District of Nebraska (8 Omaha)
## CIVIL DOCKET FOR CASE #: 8:21–cv–00418–JFB–MDN

| | |
|---|---|
| Green Plains Trade Group LLC v. Archer Daniels Midland Company | Date Filed: 10/26/2021 |
| Assigned to: Senior Judge Joseph F. Bataillon | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Michael D. Nelson | Nature of Suit: 370 Other Fraud |
| Case in other court: USDC–NE, 8:20cv00279 | Jurisdiction: Diversity |
| Cause: 28:1332 Diversity–Fraud | |

**Plaintiff**

**Green Plains Trade Group LLC**     represented by     **Adam J. Levitt**
DICELLO, LEVITT LAW FIRM – CHICAGO
Ten North Dearborn Street
6th Floor
Chicago, IL 60602
(312) 214–7900
Email: alevitt@dicellolevitt.com
*ATTORNEY TO BE NOTICED*

**David A. Domina**
DOMINA LAW GROUP
2425 South 144th Street
Omaha, NE 68144–3267
(402) 493–4100
Fax: (402) 493–9782
Email: ddomina@dominalaw.com
*ATTORNEY TO BE NOTICED*

**Greg G. Gutzler**
DICELLO, LEVITT LAW FIRM – NEW YORK
One Grand Central Place
60 East 42nd Street
New York, NY 10165
314–833–6645
Email: ggutzler@dicellolevitt.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John E. Tangren**
DICELLO, LEVITT LAW FIRM – CHICAGO
Ten North Dearborn Street
6th Floor
Chicago, IL 60602
312–214–7900
Email: jtangren@dicellolevitt.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark S. Hamill**
DICELLO, LEVITT LAW FIRM – CHICAGO

Ten North Dearborn Street
6th Floor
Chicago, IL 60602
312–214–7900
Email: mhamill@dicellolevitt.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Plains Atkinson LLC**     represented by    **Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A. Domina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greg G. Gutzler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John E. Tangren**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark S. Hamill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Plains Bluffton LLC**     represented by    **Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A. Domina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greg G. Gutzler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John E. Tangren**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark S. Hamill**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Plains Central City LLC**	represented by	**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A. Domina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greg G. Gutzler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John E. Tangren**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark S. Hamill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Plains Fairmont LLC**	represented by	**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A. Domina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greg G. Gutzler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John E. Tangren**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark S. Hamill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Plains Hereford LLC**	represented by

        **Adam J. Levitt**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **David A. Domina**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Greg G. Gutzler**
        (See above for address)
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **John E. Tangren**
        (See above for address)
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Mark S. Hamill**
        (See above for address)
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Plains Hopewell LLC**    represented by **Adam J. Levitt**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **David A. Domina**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Greg G. Gutzler**
        (See above for address)
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **John E. Tangren**
        (See above for address)
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Mark S. Hamill**
        (See above for address)
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Plains Inc.**    represented by **Adam J. Levitt**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **David A. Domina**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Greg G. Gutzler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John E. Tangren**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark S. Hamill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Plains Madison LLC**     represented by     **Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A. Domina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greg G. Gutzler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John E. Tangren**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark S. Hamill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Plains Mount Vernon LLC**     represented by     **Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A. Domina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greg G. Gutzler**
(See above for address)

                **PRO HAC VICE**
                *ATTORNEY TO BE NOTICED*

                **John E. Tangren**
                (See above for address)
                *PRO HAC VICE*
                *ATTORNEY TO BE NOTICED*

                **Mark S. Hamill**
                (See above for address)
                *PRO HAC VICE*
                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Plains Obion LLC**        represented by   **Adam J. Levitt**
                (See above for address)
                *ATTORNEY TO BE NOTICED*

                **David A. Domina**
                (See above for address)
                *ATTORNEY TO BE NOTICED*

                **Greg G. Gutzler**
                (See above for address)
                *PRO HAC VICE*
                *ATTORNEY TO BE NOTICED*

                **John E. Tangren**
                (See above for address)
                *PRO HAC VICE*
                *ATTORNEY TO BE NOTICED*

                **Mark S. Hamill**
                (See above for address)
                *PRO HAC VICE*
                *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Plains Ord LLC**         represented by   **Adam J. Levitt**
                (See above for address)
                *ATTORNEY TO BE NOTICED*

                **David A. Domina**
                (See above for address)
                *ATTORNEY TO BE NOTICED*

                **Greg G. Gutzler**
                (See above for address)
                *PRO HAC VICE*
                *ATTORNEY TO BE NOTICED*

                **John E. Tangren**
                (See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark S. Hamill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Plains Otter Tail LLC**      represented by    **Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A. Domina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greg G. Gutzler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John E. Tangren**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark S. Hamill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Plains Shenandoah LLC**      represented by    **Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A. Domina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greg G. Gutzler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John E. Tangren**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark S. Hamill**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Plains Wood River LLC**          represented by   **Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A. Domina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greg G. Gutzler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John E. Tangren**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark S. Hamill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Plains York LLC**          represented by   **Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A. Domina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greg G. Gutzler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John E. Tangren**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark S. Hamill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Plains Superior LLC**          represented by

**Adam J. Levitt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David A. Domina**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Greg G. Gutzler**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John E. Tangren**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark S. Hamill**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Archer Daniels Midland Company** | represented by | **John P. Passarelli**<br>KUTAK, ROCK LAW FIRM – OMAHA<br>1650 Farnam Street<br>Omaha, NE 68102–2186<br>(402) 346–6000<br>Fax: (402) 346–1148<br>Email: john.passarelli@kutakrock.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Maggie L. Ebert**<br>KUTAK, ROCK LAW FIRM – OMAHA<br>1650 Farnam Street<br>Omaha, NE 68102–2186<br>(402) 346–6000<br>Fax: (402) 346–1148<br>Email: maggie.ebert@kutakrock.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Maureen L. Rurka**<br>WINSTON, STRAWN LAW FIRM – CHICAGO<br>35 West Wacker Drive<br>Chicago, IL 60601<br>312–558–7936<br>Email: mrurka@winston.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |

**Reid Smith**
WINSTON, STRAWN LAW FIRM –
CHICAGO
35 West Wacker Drive
Chicago, IL 60601
312−558−7241
Email: rfsmith@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Samantha M. Lerner**
WINSTON, STRAWN LAW FIRM –
CHICAGO
35 West Wacker Drive
Chicago, IL 60601
312−558−6463
Email: slerner@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott P. Glauberman**
WINSTON, STRAWN LAW FIRM –
CHICAGO
35 West Wacker Drive
Chicago, IL 60601
312−558−8103
Email: sglauber@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen V. D'Amore**
WINSTON, STRAWN LAW FIRM –
CHICAGO
35 West Wacker Drive
Chicago, IL 60601
312−558−5600
Fax: 312−558−5700
Email: sdamore@winston.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/26/2021 | Ï 1 | COMPLAINT with jury demand against Archer Daniels Midland Company ( Filing fee $ 402, receipt number ANEDC−4507008), by Attorney David A. Domina on behalf of GREEN PLAINS OBION LLC, GREEN PLAINS HOPEWELL LLC, GREEN PLAINS ATKINSON LLC, GREEN PLAINS TRADE GROUP LLC, GREEN PLAINS YORK LLC, GREEN PLAINS OTTER TAIL LLC, GREEN PLAINS HEREFORD LLC, GREEN PLAINS BLUFFTON LLC, GREEN PLAINS MADISON LLC, GREEN PLAINS ORD LLC, GREEN PLAINS SHENANDOAH LLC, GREEN PLAINS WOOD RIVER LLC, GREEN PLAINS INC, GREEN PLAINS CENTRAL CITY LLC, GREEN PLAINS MOUNT VERNON LLC, GREEN PLAINS FAIRMONT LLC (Attachments: # 1 Civil Cover Sheet)(Domina, David) (Entered: 10/26/2021) |

| | | |
|---|---|---|
| 10/26/2021 | Ï 2 | Summons Requested as to regarding Complaint,, 1 . (Domina, David) (Entered: 10/26/2021) |
| 10/27/2021 | Ï 3 | TEXT NOTICE OF JUDGES ASSIGNED: Judge Brian C. Buescher and Magistrate Judge Cheryl R. Zwart assigned. In accordance with 28 U.S.C. 636(c)(2), the parties are notified that, if all parties consent, a magistrate judge may conduct a civil action or proceeding, including a jury or nonjury trial, subject to the courts rules and policies governing the assignment of judges in civil cases. See Fed. R. Civ. P. 73; NEGenR 1.4. (LRM) (Entered: 10/27/2021) |
| 10/27/2021 | Ï 4 | ATTORNEY LETTER by Clerk that Attorney John E. Tangren has not registered for admittance to practice. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (LRM) (Entered: 10/27/2021) |
| 10/27/2021 | Ï 5 | ATTORNEY LETTER by Clerk that Attorney Mark S. Hamill has not registered for admittance to practice. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (LRM) (Entered: 10/27/2021) |
| 10/27/2021 | Ï 6 | ATTORNEY LETTER by Clerk that Attorney Greg G. Gutzler has not registered for admittance to practice. If the requested action is not taken within fifteen (15) days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order. (LRM) (Entered: 10/27/2021) |
| 10/27/2021 | Ï 7 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Green Plains Atkinson LLC. Pursuant to Fed. R. Civ. P. 7.1, non−governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(LRM) (Entered: 10/27/2021) |
| 10/27/2021 | Ï 8 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Green Plains Bluffton LLC. Pursuant to Fed. R. Civ. P. 7.1, non−governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(LRM) (Entered: 10/27/2021) |
| 10/27/2021 | Ï 9 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Green Plains Central City LLC. Pursuant to Fed. R. Civ. P. 7.1, non−governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(LRM) (Entered: 10/27/2021) |
| 10/27/2021 | Ï 10 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Green Plains Fairmont LLC. Pursuant to Fed. R. Civ. P. 7.1, non−governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are |

| | | |
|---|---|---|
| | | reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(LRM) (Entered: 10/27/2021) |
| 10/27/2021 | 11 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Green Plains Hereford LLC. Pursuant to Fed. R. Civ. P. 7.1, non−governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(LRM) (Entered: 10/27/2021) |
| 10/27/2021 | 12 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Green Plains Hopewell LLC. Pursuant to Fed. R. Civ. P. 7.1, non−governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(LRM) (Entered: 10/27/2021) |
| 10/27/2021 | 13 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Green Plains Inc. Pursuant to Fed. R. Civ. P. 7.1, non−governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(LRM) (Entered: 10/27/2021) |
| 10/27/2021 | 14 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Green Plains Madison LLC. Pursuant to Fed. R. Civ. P. 7.1, non−governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(LRM) (Entered: 10/27/2021) |
| 10/27/2021 | 15 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Green Plains Mount Vernon LLC. Pursuant to Fed. R. Civ. P. 7.1, non−governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(LRM) (Entered: 10/27/2021) |
| 10/27/2021 | 16 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Green Plains Obion LLC. Pursuant to Fed. R. Civ. P. 7.1, non−governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(LRM) (Entered: 10/27/2021) |

| | | |
|---|---|---|
| 10/27/2021 | 17 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Green Plains Ord LLC. Pursuant to Fed. R. Civ. P. 7.1, non−governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(LRM) (Entered: 10/27/2021) |
| 10/27/2021 | 18 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Green Plains Otter Tail LLC. Pursuant to Fed. R. Civ. P. 7.1, non−governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(LRM) (Entered: 10/27/2021) |
| 10/27/2021 | 19 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Green Plains Shenandoah LLC. Pursuant to Fed. R. Civ. P. 7.1, non−governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(LRM) (Entered: 10/27/2021) |
| 10/27/2021 | 20 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Green Plains Superior LLC. Pursuant to Fed. R. Civ. P. 7.1, non−governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(LRM) (Entered: 10/27/2021) |
| 10/27/2021 | 21 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Green Plains Trade Group LLC. Pursuant to Fed. R. Civ. P. 7.1, non−governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(LRM) (Entered: 10/27/2021) |
| 10/27/2021 | 22 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Green Plains Wood River LLC. Pursuant to Fed. R. Civ. P. 7.1, non−governmental corporate parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(LRM) (Entered: 10/27/2021) |
| 10/27/2021 | 23 | TEXT NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT by Deputy Clerk as to Plaintiff Green Plains York LLC. Pursuant to Fed. R. Civ. P. 7.1, non−governmental corporate |

| | | |
|---|---|---|
| | | parties are required to file Corporate Disclosure Statements (Statements). The parties shall use the form Corporate Disclosure Statement, available on the Web site of the court at http://www.ned.uscourts.gov/forms/. If you have not filed your Statement, you must do so within 15 days of the date of this notice. If you have already filed your Statement in this case, you are reminded to file a Supplemental Statement within a reasonable time of any change in the information that the statement requires.(LRM) (Entered: 10/27/2021) |
| 10/27/2021 | 24 | Summons Issued as to defendant Archer Daniels Midland Company. YOU MUST PRINT YOUR ISSUED SUMMONS, WHICH ARE ATTACHED TO THIS DOCUMENT. PAPER COPIES WILL NOT BE MAILED. (LRM) (Entered: 10/27/2021) |
| 10/28/2021 | 25 | MOTION for Admission Pro Hac Vice Filing fee $ 100, receipt number ANEDC–4508848 by Attorney John E. Tangren on behalf of Plaintiffs Green Plains Atkinson LLC, Green Plains Bluffton LLC, Green Plains Central City LLC, Green Plains Fairmont LLC, Green Plains Hereford LLC, Green Plains Hopewell LLC, Green Plains Inc., Green Plains Madison LLC, Green Plains Mount Vernon LLC, Green Plains Obion LLC, Green Plains Ord LLC, Green Plains Otter Tail LLC, Green Plains Shenandoah LLC, Green Plains Superior LLC, Green Plains Trade Group LLC, Green Plains Wood River LLC, Green Plains York LLC.(Tangren, John) (Entered: 10/28/2021) |
| 10/28/2021 | 26 | MOTION for Admission Pro Hac Vice Filing fee $ 100, receipt number ANEDC–4508886 by Attorney Mark S. Hamill on behalf of Plaintiffs Green Plains Atkinson LLC, Green Plains Bluffton LLC, Green Plains Central City LLC, Green Plains Fairmont LLC, Green Plains Hereford LLC, Green Plains Hopewell LLC, Green Plains Inc., Green Plains Madison LLC, Green Plains Mount Vernon LLC, Green Plains Obion LLC, Green Plains Ord LLC, Green Plains Otter Tail LLC, Green Plains Shenandoah LLC, Green Plains Superior LLC, Green Plains Trade Group LLC, Green Plains Wood River LLC, Green Plains York LLC.(Hamill, Mark) (Entered: 10/28/2021) |
| 10/28/2021 | 27 | MOTION for Admission Pro Hac Vice Filing fee $ 100, receipt number ANEDC–4508920 by Attorney Greg G. Gutzler on behalf of Plaintiffs Green Plains Atkinson LLC, Green Plains Bluffton LLC, Green Plains Central City LLC, Green Plains Fairmont LLC, Green Plains Hereford LLC, Green Plains Hopewell LLC, Green Plains Inc., Green Plains Madison LLC, Green Plains Mount Vernon LLC, Green Plains Obion LLC, Green Plains Ord LLC, Green Plains Otter Tail LLC, Green Plains Shenandoah LLC, Green Plains Superior LLC, Green Plains Trade Group LLC, Green Plains Wood River LLC, Green Plains York LLC.(Gutzler, Greg) (Entered: 10/28/2021) |
| 11/01/2021 | 28 | SUMMONS Returned Executed upon defendant Archer Daniels Midland Company on 10/29/2021. (Domina, David) (Entered: 11/01/2021) |
| 11/01/2021 | 29 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 by Attorney David A. Domina on behalf of Plaintiff Green Plains Atkinson LLC.(Domina, David) (Entered: 11/01/2021) |
| 11/01/2021 | 30 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 identifying Corporate Parent Green Plains Inc. for Green Plains Bluffton LLC. by Attorney David A. Domina on behalf of Plaintiffs Green Plains Bluffton LLC, Green Plains Inc..(Domina, David) (Entered: 11/01/2021) |
| 11/01/2021 | 31 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 identifying Corporate Parent Green Plains Inc. for Green Plains Central City LLC. by Attorney David A. Domina on behalf of Plaintiffs Green Plains Central City LLC, Green Plains Inc..(Domina, David) (Entered: 11/01/2021) |
| 11/01/2021 | 32 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 identifying Corporate Parent Green Plains Inc. for Green Plains Fairmont LLC. by Attorney David A. Domina on behalf of Plaintiffs Green Plains Fairmont LLC, Green Plains Inc..(Domina, David) (Entered: 11/01/2021) |
| 11/01/2021 | 33 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 identifying Corporate Parent Green Plains Inc. for Green Plains Hereford LLC. by Attorney David A. Domina on behalf of Plaintiffs Green Plains Hereford LLC, Green Plains Inc..(Domina, David) (Entered: 11/01/2021) |

| | | |
|---|---|---|
| 11/01/2021 | 34 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 identifying Corporate Parent Green Plains Inc. for Green Plains Hereford LLC. by Attorney David A. Domina on behalf of Plaintiffs Green Plains Hereford LLC, Green Plains Inc..(Domina, David) (Entered: 11/01/2021) |
| 11/01/2021 | 35 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 by Attorney David A. Domina on behalf of Plaintiff Green Plains Inc..(Domina, David) (Entered: 11/01/2021) |
| 11/01/2021 | 36 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 identifying Corporate Parent Green Plains Inc. for Green Plains Madison LLC. by Attorney David A. Domina on behalf of Plaintiffs Green Plains Madison LLC, Green Plains Inc..(Domina, David) (Entered: 11/01/2021) |
| 11/01/2021 | 37 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 identifying Corporate Parent Green Plains Inc. for Green Plains Mount Vernon LLC. by Attorney David A. Domina on behalf of Plaintiffs Green Plains Mount Vernon LLC, Green Plains Inc..(Domina, David) (Entered: 11/01/2021) |
| 11/01/2021 | 38 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 identifying Corporate Parent Green Plains Inc. for Green Plains Obion LLC. by Attorney David A. Domina on behalf of Plaintiffs Green Plains Obion LLC, Green Plains Inc..(Domina, David) (Entered: 11/01/2021) |
| 11/01/2021 | 39 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 identifying Corporate Parent Green Plains Inc. for Green Plains Ord LLC. by Attorney David A. Domina on behalf of Plaintiffs Green Plains Ord LLC, Green Plains Inc..(Domina, David) (Entered: 11/01/2021) |
| 11/01/2021 | 40 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 identifying Corporate Parent Green Plains Inc. for Green Plains Otter Tail LLC. by Attorney David A. Domina on behalf of Plaintiffs Green Plains Otter Tail LLC, Green Plains Inc..(Domina, David) (Entered: 11/01/2021) |
| 11/01/2021 | 41 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 identifying Corporate Parent Green Plains Inc. for Green Plains Shenandoah LLC. by Attorney David A. Domina on behalf of Plaintiffs Green Plains Shenandoah LLC, Green Plains Inc..(Domina, David) (Entered: 11/01/2021) |
| 11/01/2021 | 42 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 identifying Corporate Parent Green Plains Inc. for Green Plains Superior LLC. by Attorney David A. Domina on behalf of Plaintiffs Green Plains Superior LLC, Green Plains Inc..(Domina, David) (Entered: 11/01/2021) |
| 11/01/2021 | 43 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 identifying Corporate Parent Green Plains Inc. for Green Plains Trade Group LLC. by Attorney David A. Domina on behalf of Plaintiffs Green Plains Trade Group LLC, Green Plains Inc..(Domina, David) (Entered: 11/01/2021) |
| 11/01/2021 | 44 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 identifying Corporate Parent Green Plains Inc. for Green Plains Wood River LLC. by Attorney David A. Domina on behalf of Plaintiffs Green Plains Wood River LLC, Green Plains Inc..(Domina, David) (Entered: 11/01/2021) |
| 11/01/2021 | 45 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 identifying Corporate Parent Green Plains Inc. for Green Plains York LLC. by Attorney David A. Domina on behalf of Plaintiffs Green Plains York LLC, Green Plains Inc..(Domina, David) (Entered: 11/01/2021) |
| 11/03/2021 | 46 | TEXT ORDER granting Motion for Admission Pro Hac Vice, 25 for attorney John E. Tangren. Ordered by Deputy Clerk. (JLS) (Entered: 11/03/2021) |
| 11/03/2021 | 47 | TEXT ORDER granting Motion for Admission Pro Hac Vice, 26 for attorney Mark S. Hamill. Ordered by Deputy Clerk. (JLS) (Entered: 11/03/2021) |
| 11/03/2021 | 48 | |

| | | |
|---|---|---|
| | | TEXT ORDER granting Motion for Admission Pro Hac Vice, 27 for attorney Greg G. Gutzler. Ordered by Deputy Clerk. (JLS) (Entered: 11/03/2021) |
| 11/12/2021 | 49 | NOTICE of Appearance by Attorney John P. Passarelli on behalf of Defendant Archer Daniels Midland Company (Passarelli, John) (Entered: 11/12/2021) |
| 11/12/2021 | 50 | NOTICE of Related Case *Under L.Gen.R. 1.4(a)(4)* by Attorney John P. Passarelli on behalf of Defendant Archer Daniels Midland Company (Passarelli, John) (Entered: 11/12/2021) |
| 11/15/2021 | 51 | REASSIGNMENT ORDER – This case is related to case number 8:20CV279. See NEGenR 1.4(a)(4)(C)(iii). Accordingly, pursuant to NEGenR 1.4(a)(4)(B), this case is reassigned to Senior District Judge Joseph F. Bataillon for disposition and is assigned to Magistrate Judge Michael D. Nelson for judicial supervision. IT IS SO ORDERED. Ordered by Chief Judge Robert F. Rossiter, Jr. (TCL) (Entered: 11/15/2021) |
| 11/15/2021 | 52 | NOTICE of Appearance by Attorney Maggie L. Ebert on behalf of Defendant Archer Daniels Midland Company (Ebert, Maggie) (Entered: 11/15/2021) |
| 11/16/2021 | 53 | MOTION to Stay by Attorney John P. Passarelli on behalf of Defendant Archer Daniels Midland Company.(Passarelli, John) (Entered: 11/16/2021) |
| 11/16/2021 | 54 | BRIEF in support of MOTION to Stay 53 by Attorney John P. Passarelli on behalf of Defendant Archer Daniels Midland Company.(Passarelli, John) (Entered: 11/16/2021) |
| 11/16/2021 | 55 | INDEX in support of MOTION to Stay 53 by Attorney John P. Passarelli on behalf of Defendant Archer Daniels Midland Company. (Attachments:<br># 1 Affidavit Declaration of John Passarelli,<br># 2 Exhibit A,<br># 3 Exhibit B)(Passarelli, John) (Entered: 11/16/2021) |
| 11/16/2021 | 56 | CORPORATE DISCLOSURE STATEMENT pursuant to Fed. R. Civ. P. 7.1 by Attorney John P. Passarelli on behalf of Defendant Archer Daniels Midland Company.(Passarelli, John) (Entered: 11/16/2021) |
| 11/30/2021 | 57 | REPLY regarding MOTION to Stay 53 by Attorney David A. Domina on behalf of Plaintiffs Green Plains Atkinson LLC, Green Plains Bluffton LLC, Green Plains Central City LLC, Green Plains Fairmont LLC, Green Plains Hereford LLC, Green Plains Hopewell LLC, Green Plains Inc., Green Plains Madison LLC, Green Plains Mount Vernon LLC, Green Plains Obion LLC, Green Plains Ord LLC, Green Plains Otter Tail LLC, Green Plains Shenandoah LLC, Green Plains Superior LLC, Green Plains Trade Group LLC, Green Plains Wood River LLC, Green Plains York LLC.(Domina, David) (Entered: 11/30/2021) |
| 11/30/2021 | 58 | INDEX Reply,, 57 by Attorney David A. Domina on behalf of Plaintiffs Green Plains Atkinson LLC, Green Plains Bluffton LLC, Green Plains Central City LLC, Green Plains Fairmont LLC, Green Plains Hereford LLC, Green Plains Hopewell LLC, Green Plains Inc., Green Plains Madison LLC, Green Plains Mount Vernon LLC, Green Plains Obion LLC, Green Plains Ord LLC, Green Plains Otter Tail LLC, Green Plains Shenandoah LLC, Green Plains Superior LLC, Green Plains Trade Group LLC, Green Plains Wood River LLC, Green Plains York LLC. (Attachments:<br># 1 Exhibit)(Domina, David) (Entered: 11/30/2021) |
| 12/01/2021 | 59 | MOTION for Admission Pro Hac Vice Filing fee $ 100, receipt number ANEDC–4529765 by Attorney Stephen V. D'Amore on behalf of Defendant Archer Daniels Midland Company.(D'Amore, Stephen) (Entered: 12/01/2021) |
| 12/01/2021 | 60 | MOTION for Admission Pro Hac Vice Filing fee $ 100, receipt number ANEDC–4529812 by Attorney Samantha M. Lerner on behalf of Defendant Archer Daniels Midland Company.(Lerner, Samantha) (Entered: 12/01/2021) |

| | | |
|---|---|---|
| 12/01/2021 | 61 | MOTION for Admission Pro Hac Vice Filing fee $ 100, receipt number ANEDC–4529823 by Attorney Reid Smith on behalf of Defendant Archer Daniels Midland Company.(Smith, Reid) (Entered: 12/01/2021) |
| 12/02/2021 | 62 | TEXT ORDER granting Motion for Admission Pro Hac Vice 59 for attorney Stephen V. D'Amore. Ordered by Deputy Clerk. (JLS) (Entered: 12/02/2021) |
| 12/02/2021 | 63 | TEXT ORDER granting Motion for Admission Pro Hac Vice 60 for attorney Samantha M. Lerner. Ordered by Deputy Clerk. (JLS) (Entered: 12/02/2021) |
| 12/02/2021 | 64 | TEXT ORDER granting Motion for Admission Pro Hac Vice 61 for attorney Reid Smith. Ordered by Deputy Clerk. (JLS) (Entered: 12/02/2021) |
| 12/07/2021 | 65 | REPLY regarding MOTION to Stay 53 by Attorney John P. Passarelli on behalf of Defendant Archer Daniels Midland Company.(Passarelli, John) (Entered: 12/07/2021) |
| 12/07/2021 | 66 | TEXT ORDER – Defendant requests that its Motion to Stay 53 be withdrawn in light of Plaintiffs' voluntary dismissal of their tortious interference claim in the related Central District of Illinois case. See Filing 65 . Accordingly, the Motion to Stay 53 is deemed withdrawn. Defendant shall file an answer or other responsive pleading to the Complaint on or before December 21, 2021. Ordered by Magistrate Judge Michael D. Nelson. (SMN) (Entered: 12/07/2021) |
| 12/08/2021 | 67 | MOTION for Admission Pro Hac Vice Filing fee $ 100, receipt number ANEDC–4533704 by Attorney Scott P. Glauberman on behalf of Defendant Archer Daniels Midland Company.(Glauberman, Scott) (Entered: 12/08/2021) |
| 12/08/2021 | 68 | MOTION for Admission Pro Hac Vice Filing fee $ 100, receipt number ANEDC–4533718 by Attorney Maureen L. Rurka on behalf of Defendant Archer Daniels Midland Company.(Rurka, Maureen) (Entered: 12/08/2021) |
| 12/08/2021 | 69 | TEXT ORDER granting Motion for Admission Pro Hac Vice 67 for attorney Scott P. Glauberman. Ordered by Deputy Clerk. (JLS) (Entered: 12/08/2021) |
| 12/08/2021 | 70 | TEXT ORDER granting Motion for Admission Pro Hac Vice 68 for attorney Maureen L. Rurka. Ordered by Deputy Clerk. (JLS) (Entered: 12/08/2021) |
| 12/21/2021 | 71 | MOTION to Dismiss *(Renewed)* by Attorney John P. Passarelli on behalf of Defendant Archer Daniels Midland Company.(Passarelli, John) (Entered: 12/21/2021) |
| 12/21/2021 | 72 | BRIEF in support of MOTION to Dismiss *(Renewed)* 71 by Attorney John P. Passarelli on behalf of Defendant Archer Daniels Midland Company.(Passarelli, John) (Entered: 12/21/2021) |
| 12/21/2021 | 73 | INDEX in support of MOTION to Dismiss *(Renewed)* 71 by Attorney John P. Passarelli on behalf of Defendant Archer Daniels Midland Company. (Attachments:<br># 1 Affidavit Declaration of John Passarelli,<br># 2 Exhibit A,<br># 3 Exhibit B,<br># 4 Exhibit C)(Passarelli, John) (Entered: 12/21/2021) |
| 12/21/2021 | 74 | MOTION to Change Venue by Attorney John P. Passarelli on behalf of Defendant Archer Daniels Midland Company.(Passarelli, John) (Entered: 12/21/2021) |
| 12/21/2021 | 75 | BRIEF in support of MOTION to Change Venue 74 by Attorney John P. Passarelli on behalf of Defendant Archer Daniels Midland Company.(Passarelli, John) (Entered: 12/21/2021) |
| 12/21/2021 | 76 | INDEX in support of MOTION to Change Venue 74 by Attorney John P. Passarelli on behalf of Defendant Archer Daniels Midland Company. (Attachments:<br># 1 Affidavit Declaration of John Passarelli, |

| | | |
|---|---|---|
| | | # 2 Exhibit A,<br># 3 Exhibit B,<br># 4 Exhibit C,<br># 5 Exhibit D,<br># 6 Exhibit E,<br># 7 Exhibit F,<br># 8 Exhibit G,<br># 9 Exhibit H)(Passarelli, John) (Entered: 12/21/2021) |
| 01/03/2022 | 77 | JOINT MOTION to Extend *TIME TO SUBMIT RULE 26(f) REPORT* by Attorney Maggie L. Ebert on behalf of Defendant Archer Daniels Midland Company.(Ebert, Maggie) (Entered: 01/03/2022) |
| 01/04/2022 | 78 | TEXT ORDER granting 77 parties' Joint Motion and Stipulation to Extend Time to Submit Rule 26(f) Report. The court will enter a scheduling order setting the deadline for the parties to file their Rule 26(f) Report after the court rules on Defendant's Motion to Change Venue 74 and Rule 12 motion practice is complete. See Magistrate Judge Civil Case Management Practices, available at <https://www.ned.uscourts.gov/attorney/judges−information/civil−case−management> . Ordered by Magistrate Judge Michael D. Nelson. (SMN) (Entered: 01/04/2022) |
| 01/04/2022 | 79 | BRIEF in opposition to MOTION to Change Venue 74 by Attorney David A. Domina on behalf of Plaintiffs Green Plains Atkinson LLC, Green Plains Bluffton LLC, Green Plains Central City LLC, Green Plains Fairmont LLC, Green Plains Hereford LLC, Green Plains Hopewell LLC, Green Plains Inc., Green Plains Madison LLC, Green Plains Mount Vernon LLC, Green Plains Obion LLC, Green Plains Ord LLC, Green Plains Otter Tail LLC, Green Plains Shenandoah LLC, Green Plains Superior LLC, Green Plains Trade Group LLC, Green Plains Wood River LLC, Green Plains York LLC.(Domina, David) (Entered: 01/04/2022) |
| 01/04/2022 | 80 | INDEX in opposition to MOTION to Change Venue 74 by Attorney David A. Domina on behalf of Plaintiffs Green Plains Atkinson LLC, Green Plains Bluffton LLC, Green Plains Central City LLC, Green Plains Fairmont LLC, Green Plains Hereford LLC, Green Plains Hopewell LLC, Green Plains Inc., Green Plains Madison LLC, Green Plains Mount Vernon LLC, Green Plains Obion LLC, Green Plains Ord LLC, Green Plains Otter Tail LLC, Green Plains Shenandoah LLC, Green Plains Superior LLC, Green Plains Trade Group LLC, Green Plains Wood River LLC, Green Plains York LLC. (Attachments:<br># 1 Affidavit John Tangren Declaration)(Domina, David) (Entered: 01/04/2022) |
| 01/11/2022 | 81 | REPLY BRIEF in support of MOTION to Change Venue 74 by Attorney Maggie L. Ebert on behalf of Defendant Archer Daniels Midland Company.(Ebert, Maggie) (Entered: 01/11/2022) |
| 01/11/2022 | 82 | BRIEF in opposition to MOTION to Dismiss *(Renewed)* 71 by Attorney David A. Domina on behalf of Plaintiffs Green Plains Atkinson LLC, Green Plains Bluffton LLC, Green Plains Central City LLC, Green Plains Fairmont LLC, Green Plains Hereford LLC, Green Plains Hopewell LLC, Green Plains Inc., Green Plains Madison LLC, Green Plains Mount Vernon LLC, Green Plains Obion LLC, Green Plains Ord LLC, Green Plains Otter Tail LLC, Green Plains Shenandoah LLC, Green Plains Superior LLC, Green Plains Trade Group LLC, Green Plains Wood River LLC, Green Plains York LLC.(Domina, David) (Entered: 01/11/2022) |
| 01/18/2022 | 83 | REPLY BRIEF in support of MOTION to Dismiss *(Renewed)* 71 by Attorney Maggie L. Ebert on behalf of Defendant Archer Daniels Midland Company.(Ebert, Maggie) (Entered: 01/18/2022) |
| 03/18/2022 | 84 | ORDER − Defendant's the Motion to Transfer Venue of Plaintiffs' Complaint Under 28 U.S.C. § 1404(a) (Filing No. 74 ) is granted. The case shall be transferred to the United States District Court, Central District of Illinois. If no party files an objection to this Order on or before **April 1, 2022**, the Clerk of the Court shall take every action needed to accomplish the transfer and to terminate this case for statistical purposes. Failure to timely object may constitute a waiver of any objection to this Order. See NECivR 72.2. Ordered by Magistrate Judge Michael D. Nelson. (LKO) (Entered: |

| | | |
|---|---|---|
| | | 03/21/2022) |
| 04/04/2022 | Ï | Case transferred to District of USDC – Central District of Illinois. Original electronic file sent. (LKO) (Entered: 04/04/2022) |