IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| GREEN PLAINS TRADE GROUP LLC, et al., <br><br> Plaintiffs <br><br> v. <br><br> ARCHER DANIELS MIDLAND COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:22-cv-02067-CSB-EIL |

**ADM'S RENEWED MOTION TO DISMISS PLAINTIFFS' COMPLAINT <br> <u>UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)</u>**

Pursuant to the Federal Rule of Civil Procedure 12(b)(6), Defendant Archer Daniels Midland Company ("ADM") moves to dismiss the Complaint filed by Plaintiffs Green Plains Trade Group LLC, et al. As explained in detail in the accompanying memorandum in support of this motion, Plaintiffs' tortious interference claim should be dismissed because Plaintiffs failed to plead the elements of a plausible tortious interference claim under Nebraska law. The dismissal should be with prejudice because Plaintiffs have taken two opportunities to plead their claim and have failed to cure the deficiencies identified by ADM despite benefitting from extensive discovery from ADM. Moreover, dismissal should be with prejudice because amendment of the Complaint would be futile.

Wherefore, Defendant respectfully requests that this Court dismiss the Plaintiffs' Complaint in its entirety.

Dated: May 20, 2022                    Respectfully Submitted,

                                    ARCHER DANIELS MIDLAND COMPANY

                                    By: *s/ Stephen V. D'Amore*
                                         Stephen V. D'Amore
                                         Scott P. Glauberman
                                         Maureen L. Rurka
                                         Samantha M. Lerner
                                         Matthew R. DalSanto
                                         Reid F. Smith
                                         WINSTON & STRAWN LLP
                                         35 W. Wacker Drive
                                         Chicago, Illinois 60601
                                         (312) 558-5600
                                         sdamore@wiston.com
                                         sglauberman@winston.com
                                         mrurka@winston.com
                                         slerner@winston.com
                                         mdalsanto@winston.com
                                         rfsmith@winston.com

                                         James C. Kearns
                                         HEYL, ROYSTER, VOELKER & ALLEN
                                         301 N. Neil Street, Suite 505
                                         Champaign, Illinois 61820
                                         (217) 344-0060
                                         JKearns@heylroyster.com
                                         *Counsel for Defendant*
                                         *Archer Daniels Midland Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, I electronically field the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Adam J. Levitt
John E. Tangren
Mark S. Hamill
DICELLO LEVITT GUTZLER LLC
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel.: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
mhamill@dicellolevitt.com

Greg G. Gutzler
DICELLO LEVITT GUTZLER LLC
444 Madison Avenue, Fourth Floor
New York, New York 11022
Tel.: (646) 933-1000
ggutzler@dicellolevitt.com

*s/ Stephen V. D'Amore*
Stephen V. D'Amore
Scott P. Glauberman
Maureen L. Rurka
Samantha M. Lerner
Matthew R. DalSanto
Reid F. Smith
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
sdamore@wiston.com
sglauberman@winston.com
mrurka@winston.com
slerner@winston.com
mdalsanto@winston.com
rfsmith@winston.com

James C. Kearns
HEYL, ROYSTER, VOELKER & ALLEN
301 N. Neil Street, Suite 505
Champaign, Illinois 61820
(217) 344-0060
JKearns@heylroyster.com

*Counsel for Defendant*
*Archer Daniels Midland Company*