Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Green Plains Trade Group LLC;** <br> **Green Plains Atkinson LLC;** <br> **Green Plains Bluffton LLC;** <br> **Green Plains Central City LLC;** <br> **Green Plains Fairmount LLC;** <br> **Green Plains Hereford LLC;** <br> **Green Plains Hopewell LLC;** <br> **Green Plains Inc.;** <br> **Green Plains Madison LLC;** <br> **Green Plains Mount Vernon LLC;** <br> **Green Plains Obion LLC;** <br> **Green Plains Ord LLC;** <br> **Green Plains Otter Tail LLC;** <br> **Green Plains Shenandoah LLC;** <br> **Green Plains Wood River LLC;** <br> **Green Plains York LLC;** <br> **Green Plains Superior LLC;** <br><br> **Plaintiff,** <br><br> vs. <br><br> **Archer Daniels Midland Company** <br><br> **Defendant.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> **Case Number: 22-CV-2067** |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Plaintiff's Complaint is dismissed and the case is terminated.

**Dated: 12/30/2022**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court